IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1047, Motion for Reconsideration of this Court's Order, Doc. 1046, denying Defendant's Motion for Return of Property, Doc. 1014. Upon review of Defendant's Motion for Reconsideration, the Court finds no legal reason to reconsider its prior Order.

**ORDERED AND ADJUDGED:**

Defendant's Motion for Reconsideration, Doc. 1047, is DENIED.

**DONE AND ORDERED** this _9th_ day of June, 2005.

          *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge