IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1067, Defendant's Motion for Reconsideration of Doc. 1046, Order denying Defendant's motion for return of property, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Having reviewed the above document, the Court finds no reason to reconsider its previous order. Defendant addresses no new issues, facts, or arguments in his motion. Instead, Defendant simply rehashes his previous arguments. Defendant has not presented a valid reason why this Court's previous judgment should be vacated. Accordingly, for the reasons stated in the previous order (Doc. 1046) denying his motion for return of property, Defendant's motion to reconsider is DENIED.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge