IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR.,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1118, Emergency Motion to Correct Clerical Errors in Defendant's Presentence Investigation Report.  Defendant states that he was incorrectly attributed three points on his presentence investigation report, and that unless the clerical error is corrected pursuant to Rule 36 of the Federal Rules of Criminal Procedure, he will be transferred to a higher security prison.  Defendant has attached the Magistrate Judge's Report and Recommendation, Doc. 733, which this Court adopted in Doc. 759, seeking to show that he was erroneously attributed these three points.  Contrary to Defendant's representation, the Report only assumes that Defendant's allegations are true for the purpose of deciding whether Defendant had shown any prejudice to establish a claim of ineffective assistance counsel.  Further, the Report also states that the three points could have been attributed to the criminal offense described in paragraph 29 of the presentence report.  Because the Court finds no error in the record, the Defendant's Motion to Correct Clerical Errors is DENIED.

    **DONE AND ORDERED** this __19th__ day of October, 2006

                                         *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge