IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR.,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1114, Willie Bud Reed's "Motion to Adopt Co-defendant's Section 1651 Writ of Coram Nobis/2255." More specifically, instant Defendant, who is presently incarcerated in FCI Miami, seeks to join Terry L. Reed in his Petition for Writ of Error Coram Nobis or, alternatively, Motion to Vacate under 28 U.S.C. § 2255. Doc. 1066.

By separate Report and Recommendation, the Court has recommended that Terry Reed's petition and alternative motion be denied. The Court reached this conclusion because (1) *coram nobis* relief is not available to a person in custody, and (2) the motion to vacate was an unauthorized second or successive motion.

Instant Defendant is likewise not entitled to either form of relief. Because he is presently incarcerated, *coram nobis* relief is unavailable to him. *United States v. Garcia*, 181 F.3d 1274, 1274 (11th Cir. 1999). Furthermore, Defendant has filed three prior motions to vacate which were denied on the merits or as unauthorized second or successive motions. Docs. 733, 759,

889, & 967.  Therefore, because Defendant's original motion to vacate in this case was an

adjudication on the merits, the present motion is second or successive and may not proceed in

this Court without prior certification from the Eleventh Circuit.  28 U.S.C.  § § 2244(b)(3) &

2255.  Even then, a second or successive motion will not be allowed absent newly discovered

evidence or "a new rule of constitutional law, made retroactive to cases on collateral review by

the Supreme Court, that was previously unavailable." § 2255.  Defendant has not sought or been

granted leave by the appellate court to file a second or successive motion to vacate, and thus,

review is plainly foreclosed here at this time.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's motion to adopt, Doc. 1114, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this **30th**  day of October, 2006.

**s/ A. KORNBLUM                                         **
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**