IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                   CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1123, Amended Motion for Rehearing and/or Motion to Alter or Amend Judgment, filed by Willie Bud Reed, Jr.  In a prior order, Doc. 1119, Mr. Reed's Motion to Correct Clerical Errors in Defendant's Presentence Investigation Report was denied.  The Defendant now asks the Court to reconsider this order, in which the Court found no error in Defendant's Presentence Report.  Because Defendant is not challenging his sentence, but rather the computation of his criminal history points, there is no issue of an unauthorized second or successive motion under 28 U.S.C. § 2255.

Because Mr. Reed's supervised release ended on June 17, 1987, and the trial evidence did not mention the Defendant's participation in the instant offense until October 1987, Mr. Reed argues that it was error to assign two point under §4A1.1(d) for commission of the instant offense while on supervised release.  After reviewing the Presentence Report, the Court believes that Mr. Reed has created an arguable question as to whether he should have been attributed the two points assessed under paragraph 32 of the Criminal History Computation in the Presentence Report.  Therefore, in an abundance of caution, the Court will reconsider its prior order denying Mr. Reed's motion to correct clerical errors.  To assist the Court in its reconsideration, the

Government is directed to file a response to the Defendant's Motion to Correct Clerical Errors.

Accordingly, it is hereby

>**ORDERED AND ADJUDGED:**
>
>The Government is hereby directed to file a response to Defendant Reed's motion in Doc. 1118, and to explain why the assessment of two points, pursuant to §4A1.1(d) of the Sentencing Guidelines, in the Criminal History Computation of the Presentence Report is not in error.
>
>**DONE AND ORDERED** this   *8th*   day of November, 2006
>
>
>               *s/Maurice M. Paul*               
>          Maurice M. Paul, Senior District Judge