IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR.,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 1136, Motion to Reconsider And/Or Alter or Amend Judgment, filled by Defendant Willie Reed. In his motion, Defendant Reed repeats the same arguments the Court has already rejected and addresses no new issues, facts, or arguments that would warrant the requested relief. Therefore, the Court finds no reason to reconsider its order in Doc. 1133 adopting the Report and Recommendation of the Magistrate Judge. Accordingly, Defendant's motion to reconsider is DENIED.

**DONE AND ORDERED** this *7th* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge