IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                            CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 1251, Motion for Reconsideration, filed by Willie Bud Reed, Jr.  Defendant asks this Court to reconsider its order denying Defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2).  Defendant argues that he is entitled to a reduced sentence based on Amendments 706 and 711 to the United States Sentencing Guidelines ("Guidelines").  The Court determined that Defendant's Base Offense Level under the Guidelines increased to level 38, with a Total Offense Level of 41.  Defendant's original sentence of 420 months was therefore unaffected by Amendments 706 and 711.  In his motion, Defendant raises the same arguments made in his motion to reduce sentence (Doc. 1223) and his reply (Doc. 1241).  The Court finds those arguments to be without merit.  The Court further finds that Defendant has raised no new arguments of merit in his motion for reconsideration that would entitle him to a reduced sentence under 18 U.S.C. § 3582(c)(2).  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Defendant's motion for reconsideration at Doc. 1251 is DENIED.

    **DONE AND ORDERED** this *20th* day of August, 2008

                       *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge