IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 1279, Motion for Reconsideration, filed by Willie Bud Reed, Jr. Defendant filed on August 25, 2008, his notice of appeal of this Court's August 6, 2008, order denying his motion to reduce sentence. Defendant, who is a prisoner, delivered and therefore filed the instant motion on October 26, 2008. Due to the earlier filed notice of appeal, this Court is without jurisdiction to entertain the instant motion for reconsideration. See United States v. Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995) (quoting Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982) (per curiam)) ("'The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over the aspects of the case involved in the appeal.'"). Defendant's motion for reconsideration, Doc. 1279, is therefore DENIED.

**DONE AND ORDERED** this  *4th* day of November, 2008

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge