IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                              CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1305, Motion for Reconsideration/Motion to Revisit regarding the November 10, 2009 Order on Motion for Reconsideration by Willie Bud Reed, Jr. Doc. 1304. Mr. Reed disagrees with this Court's interpretation of the Rule of Lenity, and alleges errors in law with respect to that rule's application. Having thoroughly considered his arguments, this Court is not persuaded to alter any of its analysis or conclusions. Accordingly, this motion is DENIED.

    **DONE AND ORDERED** this  *20th* day of November, 2009

                                         *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge