IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Reconsideration by Defendant, regarding the Order on Motion for Reconsideration, Doc. 1306. Mr. Reed apparently disagrees with this Court denying his Motion for Reconsideration, and asks this Court to re-consider its decision not to re-consider. Defendant's arguments have not changed in the intervening two weeks, and neither have the facts, the analysis, or the conclusion the law compels. Motion DENIED.

    **DONE AND ORDERED** this  *8th* day of December, 2009

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge