IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:88-cr-01007-MP-AK

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Relief from Judgment by Willie Bud Reed, Jr., Doc. 1323, and a Motion to Revisit, Doc. 1324. Mr. Reed has appealed orders concerning his judgment and sentence, Doc. 1308, and this Court has denied him leave to appeal *in forma pauperis* on the grounds that his appeal is not taken in good faith, Doc. 1312. Mr. Reed now asks this Court again to revisit his petitions, and grant him relief. This Court may not do so.

Mr. Reed's appeal to the United States Court of Appeals for the Eleventh Circuit divests this Court of jurisdiction over the matters at issue in the appeal, except to the extent that this Court must act in aid of the appeal. *United States v. Hitchmon*, 602 F.2d 689, 692 (5th Cir. 1979) (*en banc*). Therefore, this Court cannot rule on these motions, and they must be DISMISSED for lack of jurisdiction.

**DONE AND ORDERED** this  *16th* day of February, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge