IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 1:88-cr-01007-MP -AK

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1381, Motion for Reconsideration of the Court's Order, Doc. 1380. Defendant asserts that the Court's Order failed to comply with the Eleventh Circuit's mandate to address the merits of Defendant's motions. Defendant is incorrect. The Court's Order addressed the merits of Defendant's Motion for Relief from Judgment, Doc. 1323, and Motion for Reconsideration, Doc. 1324.

The Eleventh Circuit vacated the Court's dismissal for lack of subject matter jurisdiction and remanded for determination of the merits of these motions. The Eleventh Circuit expressed no opinion whatsoever as to the procedural or substantive merit of the motions. On remand, this Court upheld it's previous conclusion that Defendant's Motion for Return of Property, Doc. 490, was without merit. Furthermore the Court concluded that Defendant's Motion for Reconsideration, Doc. 1324, was untimely.

As stated in the Court's previous Order, Doc. 1380, no further motions related to these issues will be considered. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Motion for Reconsideration, Doc. 1381, is DENIED.

**DONE AND ORDERED** this  *28th* day of February, 2011

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge