IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:88-cr-01007-MP-AK-2

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 1409, Complaint in Actions Grounded on Federal Question of Special Federal Statute and/or Motion to Revisit § 2255 by Willie Bud Reed, Jr. Defendant, having exhausted all means of post-conviction relief, has filed over twenty motions for reconsideration. The instant motion fails to specify which of the Court's orders should be revisited and the authority for doing so. Moreover, defendant's motion, filed more than eleven years after the Court denied his motion to vacate and set aside the sentence pursuant to 28 U.S.C. § 2255, is untimely.

    **ORDERED AND ADJUDGED:**

    1.    Defendant's motion to revisit § 2255, Doc. 1409, is DENIED.

    **DONE AND ORDERED** this  *29th* day of August, 2011

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge