IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:88-cr-01007-MP-AK-2

WILLIE BUD REED, JR,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1411, Motion to Adopt Co-Defendant Rochell's Old Law Rule 35(a) by Willie Bud Reed, Jr. Defendant's motion fails to adequately explain the relief that is sought. Accordingly, defendant's motion, Doc. 1411, is DENIED.

**DONE AND ORDERED** this  29th  day of August, 2011

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge