**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:88-cr-01007-MP-GRJ-3

WILLIE BUD REED, JR,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on defendant's Second Motion for Reconsideration. (Doc. 1468). Defendant requests the court to reconsider its October 4, 2012 order denying defendant's motion to reconsider the Court's September 1, 2012 order denying motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). However, defendant has simultaneously filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit. (*See* doc. 1469). Despite defendant's instructions to "hold [the notice of appeal] in abeyance pending a ruling on his enclosed second motion for reconsideration," (doc 1469) the Court lacks jurisdiction to reconsider these issues.

    Accordingly, it is hereby **ORDERED AND ADJUDGED**:

    Defendant's second motion for reconsideration (doc. 1468) is DENIED for lack of jurisdiction.

    **DONE AND ORDERED** this   *29th* day of October, 2012

                                                      *s/Maurice M. Paul*
                                               Maurice M. Paul, Senior District Judge